440    APPELLATE COURTS OF ILLINOIS.

Draeger et al. v. Wisconsin Steel Co. et al., 194 Ill. App. 440.

## Max Draeger and Otto Draeger, trading as Draeger Brothers, Plaintiffs in Error, v. Wisconsin Steel Company and F. E. McGrew, Defendants in Error.

### Gen. No. 20,436.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRED C. HILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed June 17, 1915.

### Statement of the Case.

Action by Max Draeger and Otto Draeger, trading as Draeger Brothers against Wisconsin Steel Company, a corporation and F. E. McGrew for moneys and groceries furnished by plaintiffs to said McGrew, and upon an assignment of wages due, or to become due to said McGrew, while in employ of the other defendant. From a judgment for defendants, plaintiffs appeal.

HARRY C. LEEMON, for plaintiffs in error.

ELMER O. RATHFON and C. S. STILWELL, for defendants in error.

MR. JUSTICE PAM delivered the opinion of the court.

### Abstract of the Decision.

1. ASSIGNMENTS, § 3*—*when void as to wages.* An assignment of wages executed prior to the time a person obtains employment is void as to wages earned under such employment.

2. BANKRUPTCY, § 72*—*when discharge bars recovery on assignment of wages.* A discharge in bankruptcy is a good defense to an action upon an assignment of wages where the assignment was of wages to be earned under a future employment.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.